UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA WHITLOCK AKA PATRICIA J. WHITLOCKHALL AKA PATRICIA HALL WHITLOCK AKA PATRICIA HALLWHITLOCK<br><br>Defendant(s) | No.  2:13-CV-03548-PA-SK<br><br>**WRIT OF CONTINUING GARNISHMENT TO GARNISHEE SATCAL, INC.** |

TO GARNISHEE SATCAL, INC. ATTN.: HUMAN RESOURCES 27101 PUERTA REAL SUITE 150 MISSION VIEJO, CA 92691.

An application for a Writ of Continuing Garnishment against the property of defendant/judgment debtor PATRICIA WHITLOCK AKA PATRICIA J. WHITLOCKHALL AKA PATRICIA HALL WHITLOCK AKA PATRICIA HALLWHITLOCK, has been filed with this Court as to Garnishee SATCAL, INC.

On February 04, 2004, judgment was entered in the United States District Court Central District of California in the amount of $13,537.66, in Favor of UNITED STATES OF AMERICA and against PATRICIA WHITLOCK AKA PATRICIA J. WHITLOCKHALL AKA PATRICIA HALL WHITLOCK AKA PATRICIA

1  HALLWHITLOCK. This Judgment arises out of a debt for unpaid Student loan (s)
2  guaranteed by the U.S. Department of Education.  The Current amount due on this
3  Judgment as of September 10, 2018 is $13,623.52, plus daily interest of $0.04.
4        The name and address of Garnishees and/or Garnishee's authorized agent is:
5          Satcal, INC
6          ATTN.: Human Resources
7          27101 Puerta Real Suits 150
8          Mission Viejo, CA 92691
9        The address for plaintiff is:
10         GOLDSMITH & HULL, A P.C. 16933 Parthenia Street, Suite 110
11         Northridge, CA 91343
12       Defendant's Social Security Number is: XXX-XX-1496.
13       The last known address of Defendant is: ***** ********
14 ****** CA 92646
15       Counsel for plaintiff:
16         Michael L Goldsmith, Esq.
17         Goldsmith & Hull, A P.C.
18         16933 Parthenia Street, Suite 110 Northridge, CA 91343
19
20       TO THE ABOVE-NAMED GARNISHEE:
21
22       YOU AND YOUR SUCCESSORS AND ASSIGNS SHALLWITHHOLD AND
23 RETAIN ANY PROPERTY IN WHICH THE DEBTOR HAS A SUBSTANTIAL
24 NONEXEMPT INTEREST AND FOR WHICH YOU ARE OR MAY BECOME
25 INDEBTED TO THE JUDGMENT DEBTOR PENDING FURTHER ORDER OF THE
26 COURT.
27
28

GARNISHEE SHALL ANSWER THIS WRIT in writing, under oath, within TEN DAYS after service of the writ of continuing garnishment and shall respond therein to the following questions:

1. Whether Garnishee has custody, control or possession of any property of Defendant [including but not limited to non-exempt disposable earnings];
2. What is a description of the property and the value thereof;
3. Whether Garnishee owed Defendant any debt on the date the writ was served and the amount and basis of the debt; and
4. Whether Garnishee anticipates owing any debt to Defendant in the future, and whether the period for payment will be weekly or other specified period.

GARNISHEE SHALL file the original answer to this writ within ten (10) days of receipt of this writ with the Clerk of the United States District Court, 255 E. Temple St Room 180, Los Angeles, California 90012.  Additionally, you are required to serve a copy of the answer on Defendant PATRICIA WHITLOCK AKA PATRICIA WHITLOCKHALL, and also on the attorney for plaintiff Goldsmith & Hull, A P.C. 16933 Parthenia Street, Suite 110 Northridge, CA 91343.

If no objection to the answer of Garnishee is filed, and no request for hearing is received by the court within 20 days from either the Defendant or the Plaintiff, Garnishee should release those properties directly to Plaintiff/Judgment Creditor. Payments and Properties hereafter collected shall be payable to **U.S. DEPARTMENT OF JUSTICE**. And should be sent to **U.S. DEPARTMENT OF JUSTICE, NCIF P.O. BOX 790363 ST. LOUIS, MO 63179-0363**, using file No. **2011A26224** as reference number on the check or other forms of payments.

IF YOU FAIL TO ANSWER THIS WRIT OR WITHHOLD AND RETAIN PROPERTY IN ACCORDANCE WITH THIS WRIT, THE PLAINTIFF MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT.  IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT MAY ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF

THE DEBTOR'S NONEXEMPT PROPERTY AS WELL AS REASONABLE ATTORNEY'S FEES.

**IT IS UNLAWFUL TO PAY OR DELIVER TO DEFENDANT ANY PROPERTY LEVIED UPON BY THIS WRIT UNTIL FURTHER ORDER OF COURT.**

The garnishment is continuing in nature and shall constitute a lien against Defendant's nonexempt property.

The garnishment shall continue and survive until any of the following occurs:

(a) The debt is satisfied in full;

(b) The property in the possession, custody or control of Garnishee is exhausted;

(c) Plaintiff has released the garnishment; or

(d) The Court orders that the garnishment be quashed.

DATED:_____.

        KIRY K. GRAY
        CLERK, UNITED STATES DISTRICT COURT

        _____
        BY: DEPUTY CLERK