UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA WHITLOCK AKA PATRICIA J. WHITLOCKHALL AKA PATRICIA HALL WHITLOCK AKA PATRICIA HALLWHITLOCK<br><br>Defendant(s) | No.  **2:13-CV-03548-PA-SK**<br><br>**ORDER DIRECTING ISSUANCE OF WRIT OF CONTINUING GARNISHMENT**<br><br>**[SATCAL, INC]** |

The Court, having considered the Application of the United States of America for an issuance of a Writ of Continuing Garnishment as to SATCAL,INC COMMISION, with regard to defendant judgment-debtor PATRICIA WHITLOCK AKA PATRICIA J. WHITLOCKHALL AKA PATRICIA HALL WHITLOCK AKA PATRICIA HALLWHITLOCK, finds that the issuance of the Writ is proper under the circumstances of this case,

//

1  HEREBY ORDERS that the clerk of the Court shall issue a Writ of Continuing
2  Garnishment with respect to SATCAL, INC in the form submitted by the Plaintiff
3  United States of America.

5  DATED: September 12, 2018

   _____
   UNITED STATES DISTRICT JUDGE